# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR22-380(MAS) |
| MARCELLUS CUTLER | * | |

***** 

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

☑   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑   Video Teleconferencing

☐   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐   Other:

Date: 3/2/2023

_____
Douglas E. Arpert, USMJ