UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 22-380 (MAS) |
| MARCELLUS CUTLER, | : | ORDER |
| Defendant. | : | |

This matter having come before the Court by way of petition filed by the U.S. Probation Office alleging that Defendant, Marcellus Cutler, violated conditions of his supervised release; and Defendant having appeared before the Court for an initial appearance on March 2, 2023; and the court having considered the parties' positions regarding release; and for good cause shown,

IT IS, on this __2nd__ day of March, 2023, ORDERED that Defendant Marcellus Cutler is released subject to the standard and special conditions of supervised release previously imposed.

_____
HON. DOUGLAS E. ARPERT
U.S. Magistrate Judge