UNITED STATES DISTRICT COURT
District of New Jersey

UNITED STATES OF AMERICA

v.

MARCELLUS CUTLER

Defendant.

CASE NUMBER   3:22-CR-00380-MAS-1

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation of Probation or Supervised Release)**
**(For Offenses Committed On or After November 1, 1987)**

The defendant, MARCELLUS CUTLER, was represented by BENJAMIN JON WEST, AFPD.

Violation number 1 of the Violation Petition [ECF. No. 4] has been dismissed by motion of the Government.

The defendant admitted guilt to violation number 2 as stated on the Violation Petition (ECF. No. 4).  Accordingly, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation |
|---|---|
| 2 | Failure to work. |

As pronounced on September 18, 2024, the defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.  Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 4/18/2019 in SDNY remain in full force and effect, if not already paid.

Signed this 19th  day of September 2024.

_____
Michael A. Shipp
U.S. District Judge

07724

Judgment - Page 2 of 2

Defendant: MARCELLUS CUTLER  
Case Number: 3:22-CR-00380-MAS-1

# SUPERVISED RELEASE

It is ordered and adjudged that the offender be continued on supervised release subject to all previously imposed standard and special conditions.

You must comply with the following special conditions:

COMMUNITY SERVICE

You must contribute 50 hours of community service work over a period during Supervised Release or less, from the date supervision commences. Such service will be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed)_____

                        Defendant                                        Date

      _____

U.S. Probation Officer/Designated Witness             Date